UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 4:14 MJ 3179 NCC |
| | ) |
| JAMIE ALLEN STIRES, | ) |
| | ) |
| Defendant. | ) |

## GOVERNMENT'S MOTION TO DISMISS COMPLAINT

COMES NOW the United States of America, by and through its attorneys Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Jennifer Winfield, Assistant United States Attorney, and states as follows:

The Government respectfully requests that this Complaint be dismissed.

WHEREFORE, the United States respectfully requests that the Court grant this motion.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

 *s/Jennifer Winfield*
JENNIFER WINFIELD, 53350MO
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was filed electronically upon this Court this 2nd day of October, 2014.

*s/Jennifer Winfield*
JENNIFER WINFIELD, 53350MO
Assistant United States Attorney